LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant The*
*Springs at Spanish Trail Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT SPANISH TRAIL ASSOCIATION; SATICOY BAY, LLC, SERIES 6974 EMERALD SPRINGS; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01217-JAD-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT SPRINGS AT SPANISH TRAIL ASSOCIATION TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS (#12)**<br><br>**FIRST REQUEST** |

Plaintiff Nationstar Mortgage, LLC. ("Nationstar") and Defendant Springs at Spanish Trail Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss Nationstar's Complaint on July 21, 2015 (#12).
2. Nationstar filed its Opposition to Motion to Dismiss on August 11, 2015 (#16).
3. Pursuant to Local Rule, a Reply in Support of Association's Motion to Dismiss is due on or before August 21, 2015.

Nationstar and the Association by and through their counsel hereby agree and stipulate to allow the Association a one (1) week extension of time to file its Reply in support of its Motion

to Dismiss. This additional time is appropriate because counsel for the parties in this case are also involved in numerous cases pending in this Court, and counsel for the Association is facing imminent briefing deadlines in some of these cases. The Association shall have up to and including August 28, 2015, to file its Reply.

DATED this 26th day of August, 2015.

LEACH JOHNSON SONG & GRUCHOW

By: /s/ Ryan D. Hastings
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Phone: (702) 538-9074
*Attorneys for Defendant Silver Turtle Homeowners Association*

DATED this 26th day of August, 2015.

AKERMAN LLP

By: /s/ Christine M. Parvan
Melanie D. Morgan
Nevada Bar No. 8215
Christine M. Parvan
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Phone: (702) 634-5000
*Attorneys for Plaintiff Nationstar Mortgage*

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

-2-