**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:    (702) 538-9074
Facsimile:     (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant The*
*Springs at Spanish Trail Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT SPANISH TRAIL ASSOCIATION; SATICOY BAY, LLC, SERIES 6974 EMERALD SPRINGS; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Case No.:    2:15-cv-01217-JAD-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT SPRINGS AT SPANISH TRAIL ASSOCIATION TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS (#12)**<br><br>**SECOND REQUEST** |

Plaintiff Nationstar Mortgage, LLC. ("Nationstar") and Defendant Springs at Spanish Trail Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss Nationstar's Complaint on July 21, 2015 (#12).
2. Nationstar filed its Opposition to Motion to Dismiss on August 11, 2015 (#16).
3. Pursuant to Local Rule, a Reply in Support of Association's Motion to Dismiss is due on or before August 21, 2015.

Nationstar and the Association by and through their counsel hereby agree and stipulate to allow the Association an additional one (1) week extension of time to file its Reply in support of

-1-

its Motion to Dismiss. This additional time is appropriate because counsel for the parties in this case are also involved in numerous cases pending in this Court, and counsel for the Association is facing imminent briefing deadlines in some of these cases. The Association shall have up to and including September 4, 2015, to file its Reply.

DATED this 31st day of August, 2015.

LEACH JOHNSON SONG & GRUCHOW


By:   */s/ Ryan D. Hastings*
     SEAN L. ANDERSON
     Nevada Bar No. 7259
     RYAN D. HASTINGS
     Nevada Bar No. 12394
     8945 West Russell Road, Suite 330
     Las Vegas, Nevada 89148
     Phone: (702) 538-9074
     *Attorneys for Defendant Silver Turtle*
     *Homeowners Association*


DATED this 31st day of August, 2015.

AKERMAN LLP


By:   */s/ Steven Shevorski*
     Melanie D. Morgan
     Nevada Bar No. 8215
     Steven Shevorski
     Nevada Bar No. 8256
     Christine M. Parvan
     Nevada Bar No. 10711
     1160 Town Center Drive, Suite 330
     Las Vegas, Nevada 89144
     Phone: (702) 634-5000
     *Attorneys for Plaintiff Nationstar*
     *Mortgage*

**ORDER**

IT IS SO ORDERED.

Dated this 31st day of August, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE