MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant, Saticoy Bay
LLC Series 6974 Emerald Springs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT SPANISH TRAIL ASSOCIATION; and SATICOY BAY, LLC, SERIES 6974 EMERALD SPRINGS<br><br>Defendants. | CASE NO.: 2:15-cv-01217-JAD-GWF |

**STIPULATION TO WITHDRAW DISCOVERY PLAN AND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Nationstar Mortgage, LLC, by and through it's attorney Melanie D. Morgan, Esq., and defendant Saticoy Bay LLC Series 6974 Emerald Springs, by and through it's attorney Michael F. Bohn, Esq. as follows:

1. The stipulated discovery plan and scheduling order filed by defendant Saticoy Bay LLC Series 6974 on August 31, 2015 as document number 22, and the subsequent order on the stipulated discovery plan and scheduling order filed by the court on September 1, 2015 as document 25 shall be withdrawn and be of no force and effect.

2. The stipulated discovery plan and scheduling order entered by the court as document 17 shall be the operative discovery plan and scheduling order in this case.

1

Counsel for defendant Saticoy Bay LLC Series 6974 Emerald Springs represents to the court that documents number 22 was filed with the court in error, and without the prior approval of counsel for the plaintiff. The document was previously prepared by counsel for the defendant, and a legal assistant misunderstood directions from counsel and filed it in error.

DATED this 1st day of September, 2015

| AKERMAN LLP | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s//Melanie D. Morgan, Esq./<br>    Melanie D. Morgan, Esq.<br>    1160 Town Center Drive, Suite 330<br>    Las Vegas, Nevada 89144<br>    Attorney for plaintiff | By: /s/ Michael F. Bohn, Esq./<br>    Michael F. Bohn, Esq.<br>    376 East Warm Springs Road, Suite 140<br>    Las Vegas, Nevada 89119<br>    Attorneys for defendant Saticoy Bay LLC |

IT IS SO ORDERED this  3rd  day of  September , 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    376 East Warm Springs Road, Suite 140
    Las Vegas, Nevada 89119
    Attorneys for plaintiff