GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES 6974 EMERALD SPRINGS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE SPRINGS AT SPANISH TRAIL ASSOCIATION; and SATICOY BAY, LLC, SERIES 6974 EMERALD SPRINGS,<br><br>Defendants. | Case No.: 2:15-cv-01217-JAD-GWF<br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for SATICOY BAY LLC SERIES 6974 EMERALD SPRINGS does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for SATICOY BAY LLC SERIES 6974 EMERALD SPRINGS in the above-entitled matter in his place and stead.

Dated this 27 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for SATICOY BAY LLC SERIES 6974 EMERALD SPRINGS in the above-entitled matter.

Dated this 21 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

SATICOY BAY LLC SERIES 6974 EMERALD SPRINGS, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 26 day of July, 2017.

SATICOY BAY LLC SERIES 6974 EMERALD SPRINGS

By: Iyad "Eddie" Haddad

IT IS SO ORDERED:

George Foley Jr
UNITED STATES MAGISTRATE JUDGE

DATED: 8/3/2017