**LEACH KERN GRUCHOW**
**ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
*Attorneys for Defendant The*
*Springs at Spanish Trail Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT SPANISH TRAIL ASSOCIATION; SATICOY BAY, LLC, SERIES 6974 EMERALD SPRINGS; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01217-JAD-GWF<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE [ECF 71]**<br><br>**(First Request)**<br><br>[ECF No. 74] |

Defendant The Springs at Spanish Trail Association (the "Association"), and Plaintiff, Nationstar Mortgage, LLC (the "Bank") by and through their respective counsel stipulate and agree as follows:

1. The Bank filed its Motion for Summary Judgment in the above case on November 30, 2018, [ECF 71].

2. The Association's response to the Motion is due December 21, 2018

**3.** The Association has requested and the Bank has agreed to extend the deadline for the Association to file its response to the Bank's Motion for Summary Judgment to and including **January 4, 2019**.

-1-

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, NV 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

4. The Association's counsel requests this extension due to current workload and holiday travel and is not intended to cause any delay or prejudice to any party.

**IT IS SO ORDERED** this 26th day of December, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan D. Hastings*
_____
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant The Springs at Spanish Trail Association*

**AKERMAN LLP**

*/s/ Thera Cooper*
_____
Thera Cooper, Esq.
Nevada Bar No. 13468
1635 Village Center Circle, #200
Las Vegas, NV 89134
*Attorneys for Nationstar Mortgage, LLC*

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Adam R. Trippiedi*
_____
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, #480
Henderson, NV 89074
*Attorneys for Saticoy Bay, LLC, Series 6974 Emerald Springs*